UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EMILLIO MJIIKWIS SANCHEZ,           **INDICTMENT**

      Defendant.
_____ /

The Grand Jury charges:

## COUNT 1
**(Sexual Abuse)**

On or about December 3, 2023, in Leelanau County, on land held in trust by the United States for the Grand Traverse Band of Ottawa and Chippewa Indians, in the Southern Division of the Western District of Michigan, the defendant,

EMILLIO MJIIKWIS SANCHEZ,

an Indian, knowingly engaged in a sexual act, that is, caused his penis to make contact with the mouth of Victim 1, a non-Indian female, including through coercion, with an intent to abuse, humiliate, harass, degrade, arouse and gratify his sexual desire.

18 U.S.C. § 2242(3)
18 U.S.C. § 2246(2)(B)
18 U.S.C. § 1151
18 U.S.C. § 1153

## COUNT 2
### (Abusive Sexual Contact)

On or about December 3, 2023, in Leelanau County, on land held in trust by the United States for the Grand Traverse Band of Ottawa and Chippewa Indians, in the Southern Division of the Western District of Michigan, the defendant,

EMILLIO MJIIKWIS SANCHEZ,

an Indian, knowingly engaged in sexual contact with Victim 1, a non-Indian female, that is, he intentionally caused Victim 1 to touch his genitalia, without Victim 1's permission, with an intent to abuse, humiliate, harass, degrade, arouse, and gratify his sexual desire.

18 U.S.C. § 2244(a)(2)
18 U.S.C. § 2246(3)
18 U.S.C. § 1151
18 U.S.C. § 1153

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
ERIN K. LANE
Assistant United States Attorney